JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| STANLEY RUSSEL JACKSON, | CASE NO. ED CV 15-962-AB (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| THE SECRETARY OF THE CALIFORNIA DEPARTMENT OF CORRECTIONS AND REHABILITATION (CDCR), | |
| Respondent. | |

Pursuant to the Order Accepting Final Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: March 22, 2017.

_____
ANDRÉ BIROTTE, JR.
UNITED STATES DISTRICT JUDGE